# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

PETER LUDLOW,

Plaintiff(s),

v.

NORTHWESTERN UNIVERSITY, ALAN
CUBBAGE, individually, LAUREN LEYDON-
HARDY, individually,

Defendant(s).

Case No.  14 C 14614
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other:  Count I against Northwestern and Cubbage is dismissed with prejudice. The Court
declines to exercise supplemental jurisdiction over Counts II–V and dismisses those
claims without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss.

Date:   8/28/2015                    Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk